UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:16-cr-441-T-30TBM

MELISSA HAYES

**FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the United States of America's motion for a forfeiture money judgment (Doc. 17) against the defendant in the amount of $89,803.02.

Being fully advised of the relevant facts, the Court hereby finds that the defendant obtained at least $89,803.02 in proceeds as a result of her participation in the conspiracy to commit theft of government funds, to which she pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 17) is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held jointly and severally liable with any convicted co-conspirators for a forfeiture money judgment in the amount of $89,803.02.

It is FURTHER ORDERED that, upon entry, this order shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and for any substitute assets that the United States may be entitled to seek up to the amount of the forfeiture money judgment.

DONE AND ORDERED at Tampa, Florida on this 22nd day of December, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record